ACCEPTED
04-14-00811-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/2/2015 2:19:36 PM
KEITH HOTTLE
CLERK

## No. 04-14-00811-CV

_____

_____

**In the Fourth Court of Appeals**
**San Antonio, Texas**

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/2/2015 2:19:36 PM
KEITH E. HOTTLE
Clerk

_____

_____

## RANDY COLEMAN

*Appellant*

v.

## RALPH DEAN

*Appellee*

_____

APPEAL FROM CAUSE NO. 11-04-49987-CV
79th DISTRICT COURT, JIM WELLS COUNTY, TEXAS
HON. JUDGE RICHARD C. TERRELL

_____

## APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING EN BANC

_____

Paul R. Lawrence
State Bar No. 12050000
2180 North Loop West, Suite 510
Houston, Texas 77018
(713) 864-8000
(713) 864-0179 (fax)
prlawrence@lbandd.com

*Counsel for Appellant Randy
Coleman*

1

TO THE HONORABLE JUSTICES OF SAID COURT OF APPEALS:

COMES NOW, RANDY COLEMAN, Appellant, in the above named and numbered cause, and respectfully submit this its MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR REHEARING EN BANC.

I.

On September 2, 2015, this Court affirmed and modified the Trial Court's Final Judgment. The deadline for filing a Motion for Rehearing En Ban was September 17, 2015. It is currently due October 2, 2015.

2. Counsel has reviewed the Ruling, the Record and the law. The Motion for Rehearing En Banc has begun. Issues have been identified and isolated. Counsel has had insufficient time to complete the work necessary.

3. Appellant Randy Coleman requests that Appellant Randy Coleman be given an additional 15 days or until October 19, 2015.

4. One other extension has been granted regarding the issue in question.

This Second Extension of Time is sought not for purposes of delay, but so that justice may be accomplished for all involved.

WHEREFORE PREMISES CONSIDERED, Appellant prays that this Second Motion for Extension of Time to File Motion for Rehearing En Banc be granted. Appellant also prays for all such other and further relief to which they may be justly entitled at law or in equity.

RESPECTFULLY SUBMITTED:

LAWRENCE AND BACA, PLLC


_____/s/ Paul R. Lawrence_____
Paul R. Lawrence
State Bar No. 12050000
2180 North Loop West, Suite 510
Houston, Texas 77007
Telephone: (713) 864-8000
Fax: (713) 864-0179
prlawrence@lbandd.com
*Counsel for Appellant*


## CERTIFICATE OF SERVICE

I, Paul R. Lawrence, in compliance with Texas Rule of Appellate Procedure, hereby certify that a true and correct copy of the foregoing Appellant's Second Motion for Extension of Time to File Motion for Rehearing En Banc was sent to all other parties to the trial court's judgment by facsimile transmission or certified mail on this the 2nd day of October, 2015, as listed below:

Charles C. Webb
Webb Cason PC
710 N. Mesquite
Corpus Christi, Texas 78401
Charlie@wcctxlaw.com

Frank Weathered
Dunn Weathered Coffey Rivera & Kasperitis, PC
611 South Upper Broadway
Corpus Christi, Texas  78401
fweathered@swbell.net

3

Parker Webb
Webb Cason PC
710 N. Mesquite
Corpus Christi, Texas 78401

parker@wcctxlaw.com
J. Michael Guerra
Law Office of J. Michael Guerra
1600 E. Main, Suite 227
P.O. Box 1968
Alice, Texas  78333
Jmguerra14@gmail.com

Living Modular
16221 Koester
Houston, Texas 77040


                __/s/ Paul R. Lawrence
                Paul R. Lawrence